UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER
1:11-CV-11163PBS

**PHILADELPHIA INDEMNITY INSURANCE** )
**COMPANY,** )
    Plaintiff/Defendant-in-Counterclaim )
     )
vs. )
     )
**BOURNE MILLS RENTAL 9, LLC and** )
**DELLBROOK CONSTRUCTION, LLC** )
    Defendants/Plaintiffs-in-Counterclaim and )
    Crossclaim )
     )
vs. )
     )
**BEST SECURITY, INC.** )
    Defendant and Defendant-in-Crossclaim )

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that all claims, cross-claims and counterclaims by and among all parties are dismissed, with prejudice and without costs to any party.

By their attorneys,

/s Peter C. Kober_____
Richard J. Riley BBO #420610
RRiley@MurphyRiley.com
Peter C. Kober BBO #276260
PKober@MurphyRiley.com
Murphy & Riley, P.C.
101 Summer Street
Boston, MA 02110
(617) 423-3700
Attorneys for plaintiff Philadelphia
Indemnity Insurance Company

1

2

/s John B. DiSciullo_____
John B. DiSciullo BBO#634662
jdisciullo@mitchelldesimone.com
Mitchell & DeSimone
101 Arch Street
Boston, MA 02110
(617) 737-8300
Attorneys for defendants Bourne Mills
Rental 9, LLC and Dellbrook
Construction, LLC
(Signature by permission)


/s John A. Walsh_____
John A. Walsh BBO #560072
jwalshlaw@verizon.net
163 William Street
New Bedford, MA 02740
(508) 994-0093
Attorney for defendant
Best Security, Inc.
(Signature by permission)